17-1551

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 Proceeding |
|---|---|
| Shamsiddin Islam | |
| | Case No.  17-16743 AMC |
| Debtor(s) | |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By:  **/s/  Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090