United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                              Case No. 17-16743-amc
Shamsiddin Islam                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 2          Date Rcvd: Nov 15, 2017
                              Form ID: pdf900      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db          +Shamsiddin Islam,    8523 Cratin Place,    Philadelphia, PA 19153-1915
cr          +Phila Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13998604    +Adam Grutzmacher,    1617 JFK Blvd, Ste 355,    Philadelphia, PA 19103-1837
14004290    +Bayview Loan Servicing, LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Phila., PA 19106-1541
13998607    +Delawae County Regional Water Authority,    100 E 5th Street,    Chester, PA 19013-4592
13998608    +Delaware Tax claim Bureau,    201 West Front Street,    Media, PA 19063-2768
13998609    +Deutsche Bank National Trust Company,    1735 Market Street #24,    Philadelphia, PA 19103-7516
13998610   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Mortgage Company,    5050 Kingsley Drive,
              Cincinnati, OH 45263)
13998611    +Internal Revenue Service,    601 Market Street,    Philadelphia, PA 19106-1729
13998613    +Michael Rashid,    1151 Pillegi Court,    Ambler, PA 19002-1548
13998614    +Ocwen Servicing, LLC,    1661 Worthington Avenue, Ste 100,    West Palm Beach, FL 33409-6493
13998615    +Pennsylvania Dept of Revenue,    PO Box 280948,    Harrisburg, PA 17128-0948
14008813    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:39     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2017 01:59:36      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13998612    +E-mail/Text: cio.bncmail@irs.gov Nov 16 2017 01:59:04     Internal Revenue Svc,    PO Box 7346,
              Philadelphia, PA 19101-7346
14011177     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2017 01:59:09
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
13998605   ##+Charlena Smith Crosby,    1011 Madison Street,    Chester, PA 19013-5922
13998606   ##+Charles Armstrong,    209 Walnust Street,    Norristown, PA 19401-5016
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Shamsiddin  Islam rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com

```
District/off: 0313-2           User: PaulP                 Page 2 of 2                   Date Rcvd: Nov 15, 2017
                               Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
     pa.bkecf@fedphe.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
    WILLIAM J. LEVANT    on behalf of Creditor    Phila Federal Credit Union efile.wjl@kaplaw.com
                                     TOTAL: 7

Case 17-16743-amc    Doc 13    Filed 11/17/17    Entered 11/18/17 01:10:55    Desc Imaged
Certificate of Notice    Page 2 of 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Shamsiddin Islam | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-16743AMC |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated October 3, 2017 and October 18, 2017 and this case is hereby DISMISSED.

**Date: November 15, 2017**

Ashely M Chan
United States Bankruptcy Judge

Missing Documents:
    Disclosure of Attorney Compensation
    Chapter 13 Plan
    Schedules A/B-J
    SSN-Form B21/Tax ID
    Statement of Financial Affairs
    Sum. Assets & Liabilities B106
    Ch13 Income Form 122C-1
    Means Test Calculation Form B122C-2